■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN WOODY, Appellant. [707 NYS2d 847] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered December 22, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that remarks made in the course of the prosecutor's summation improperly attacked his credibility.

However, in light of the nature of the statements made by both attorneys in their summations, the remarks of the prosecutor were reasonable (*see, People v Estrella,* 156 AD2d 710; *People v Draskin,* 145 AD2d 500, 501).

The sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, McGinity and Luciano, JJ., concur.